UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  1:04CR278 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Patsy McCristall | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on June 8, 2011, regarding a violation report submitted by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release.  The defendant Patsy McCristall and her counsel, Lawrence Whitney appeared.  A report and recommendation was filed on May 26, 2011 (See ECF# 163).   The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of her terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prison's until June 20, 2011, on which date a bed at an impatient treatment center will become available.  The U.S. Marshal is directed to release the defendant to her Probation Officer on June 20, 2011, who will make arrangements for the defendant to report to the treatment center for a period of 90 days.  At the end of the 90 day period the defendant will be required to be on an electronic bracelet and reside with her mother until a hearing which is scheduled for September  26, 2011, at 12:00 noon.

|  |  |
|---|---|
|  June 9, 2011 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |