DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.   1:04CR278 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Patsy McCristall | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and her counsel, Larry Whitney  appeared before this Court on September 25, 2012 .   A report and recommendation was filed on September 11, 2012.  (See docket #173). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of her terms and conditions of supervised release.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of three (3) months with credit for time already served in federal custody since September 4, 2012.  Upon release from confinement the term of supervised release will terminate in this case.

IT IS SO ORDERED.

  September 25, 2012                    /s/ David D. Dowd, Jr.
           Date                             David D. Dowd, Jr.
                                            U.S. District Judge